IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| 511 INNOVATIONS, INC., | § § § | |
| *Plaintiff,* | § | Civil Action No. 2:15-cv-1524-JRG-RSP |
| | § | |
| v. | § | (LEAD CASE) |
| | § | |
| HTC AMERICA, INC., *et al.*, | § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| 511 INNOVATIONS, INC., | § § | |
| *Plaintiff,* | § § | |
| | § | Civil Action No. 2:15-cv-1525-JRG-RSP |
| v. | § § | (CONSOLIDATED CASE) |
| MICROSOFT MOBILE INC., *et al.*, | § § | |
| *Defendants.* | § § | |

# ORDER

Having considered Plaintiff 511 Innovations, Inc. ("511 Innovations") and Defendants Microsoft Mobile Inc., Microsoft Mobile Oy and Microsoft Corporation's ("the Microsoft Mobile Defendants") (collectively, "Parties") Joint Motion to Dismiss based on the settlement of claims between 511 Innovations and Microsoft, the Court finds that good cause exists for granting the motion. The Joint Motion to Dismiss is GRANTED. It is hereby

ORDERED, ADJUDGED AND DECREED that all of 511 Innovations' claims in this action against the Microsoft Mobile Defendants are hereby dismissed with prejudice and all of the Microsoft Mobile Defendants' affirmative defenses and other defenses in this action are hereby dismissed without prejudice; and                  .

It is further ORDERED that each of 511 Innovations and the Microsoft Mobile Defendants shall bear its own costs, expenses and attorneys' fees.

SO ORDERED.

**SIGNED this 28th day of September, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE